■ MANUFACTURERS AND TRADERS TRUST COMPANY, Respondent, v CLIENT SERVER DIRECT, INC., et al., Appellants, et al., Defendants. CLIENT SERVER DIRECT, INC., et al., Third-Party Plaintiffs-Appellants, v M&T BANK CORPORATION et al., Third-Party Defendants-Respondents. (Appeal No. 3.) [65 NYS3d 868]— Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered October 17, 2016. The order denied the motion of defendants-third-party plaintiffs Client Server Direct, Inc., ACN Properties, LLC, Jeffrey T. Drilling and Holly Drilling and of third-party plaintiff Leap Analytix, LLC to unseal the record.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Manufacturers & Traders Trust Co. v Client Server Direct, Inc.* ([appeal No. 2] 156 AD3d 1364 [2017]). Present—Centra, J.P., Peradotto, Lindley, NeMoyer and Troutman, JJ.